UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDNOVUS, INC. and FIRST TEXAS HOLDINGS CORP., <br><br>  Plaintiffs, <br><br> v. <br><br> QINETIQ GROUP PLC, *et al*. <br><br>  Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO.: 2:12-cv-03487-ODW-JC <br><br> **ORDER ENTERING STIPULATED PROTECTIVE ORDER WITH MODIFICATIONS** |

### ORDER

The Court has considered the Proposed Stipulated Protective Order submitted by the parties on October 22, 2012, and good cause appearing therefor, hereby approves and ORDERS entry of the Proposed Stipulated Protective Order with the following modifications:

1. In paragraph 7.7(b), "emergency motion" is replaced with "application."

2. The second and third sentences of paragraph 8 are replaced with the following: "The Party/person receiving the subpoena/other legal process shall not produce any confidential information in response to the subpoena/other legal process prior to the compliance deadline/any extension thereof without either the prior written

consent of the Designating Party or an order of a court of competent jurisdiction.  The Designating Party shall have the burden of obtaining a court order relieving the Party/person receiving the subpoena/other legal process of the obligations of the subpoena/other legal process by the compliance deadline/any extension thereof and, if necessary, of obtaining a court order extending the compliance deadline until the court has resolved the matter.  Nothing in this Protective Order otherwise restricts or limits a Party's/person's ability timely to comply with a subpoena/other legal process or relieves a Party/person of the obligation to do so."

The Court further notes, given the presumptively public nature of court proceedings, that nothing in the Protective Order should be construed as court authorization to file any document under seal or to limit public access to any court hearing/trial or portion thereof.  Any request to file a document under seal or to limit public access to any court hearing/trial or portion thereof, must be directed to the appropriate presiding judicial officer and must be supported by an individualized showing of the need for the requested relief.

IT IS SO ORDERED.

Dated:  November 15, 2012

/s/
Hon. Jacqueline Chooljian
United States Magistrate Judge

782388